# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**CARLOS DANIEL HERNANDEZ GONZALEZ ,**

**JUDGMENT IN A CIVIL CASE**

CASE NO: **1:26–CV–00854–KES–EPG**

v.

**KRISTI NOEM ,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 2/6/2026 .**

ENTERED:  **February 9, 2026**          /s/  **Keith Holland**
                                                    Clerk of Court